No. 142. GROGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hubert Humphrey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 145. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. W. Gill, Sr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 148. FULLBRIGHT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *David C. Shapard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 151. NASON *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Rita E. Hauser* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for respondent.

No. 152. TRUST CO. OF GEORGIA, EXECUTOR, ET AL. *v.* ROSS, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Francis Shackelford, James E. Thomas, H. C. Kilpatrick,* and *John W. Gillon* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Harry Baum* for respondent.

No. 153. EATON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.